UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES  DIVISION

| | |
|---|---|
| **ASHOK PANDIT** | **CIVIL ACTION NO. 08-CV-0029** |
| **VS.** | **JUDGE HAIK** |
| **J.P. YOUNG (WARDEN, FDC) IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE METHVIN** |

*ORDER SETTING EVIDENTIARY HEARING AND APPOINTING COUNSEL*

It has been determined that an evidentiary hearing is necessary for the adjudication of this *habeas corpus* petition filed by Ashok Pandit pursuant to 28 U.S.C. §2241.  In accordance with a standing order of this court, the undersigned magistrate judge has been assigned to hold the required evidentiary hearing and issue a report and recommendation.

**IT IS THEREFORE ORDERED** that an evidentiary hearing will be held on **July 29, 2008 at 9:30 a.m.** before Magistrate Judge Mildred E. Methvin at the U. S. Courthouse, Courtroom 7, Third Floor, 800 Lafayette Street, Lafayette, Louisiana.  Evidence will be limited to whether there is a significant likelihood of removing petitioner in the reasonably foreseeable future and whether the petitioner has been detained beyond what is reasonably necessary to secure his removal.

**IT IS FURTHER ORDERED** that copies of all exhibits shall be provided by each party to opposing counsel no later than **July 10, 2008.**   If the authenticity of any such exhibit is disputed, a list of the disputed exhibits, and the reason for the dispute, shall be stated as a part of the pretrial memorandum that is due on July 18, 2008.

**IT IS FURTHER ORDERED** that on or before **July 18, 2008**, each party shall file a pretrial statement, with copies sent to opposing counsel, and to the undersigned.  The pretrial

2

statement shall identify the issues of fact and law, the witnesses to be called at the hearing, the anticipated testimony of said witnesses, and the exhibits to be introduced into evidence.  Each exhibit listed in the memorandum shall be described sufficiently so that it can be identified as the listed item at the time of the hearing.  Copies of all exhibits shall be provided to the undersigned.  No exhibit or witness (except those used for impeachment purposes) shall be used at the hearing over objection unless listed in the pretrial memorandums, except for good cause shown.  A party may call a witness listed by another party, but a party cannot rely on another party to have a particular witness at the hearing.  Rule 45 of the Federal Rules of Civil Procedure must be followed with regard to the subpoenaing of witnesses or documentary evidence to the hearing.

**IT IS FURTHER ORDERED** that the **Federal Public Defender for the Western District of Louisiana is appointed to represent the petitioner, Ashok Pandit,** at the said hearing pursuant to Rule 8(c) of the Federal Habeas Corpus Rules and 18 U.S.C. §3006A.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a *writ of habeas corpus ad testificandum* to Warden J.P. Young, the Warden of the Federal Detention Center in Oakdale, Louisiana, requiring that the petitioner, Ashok Pandit**,** be delivered and produced at the Federal Courthouse, 800 Lafayette Street, Courtroom 7, Lafayette, Louisiana on **July 29, 2008 at 9:30 a.m.** for the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order and the accompanying *Writ of Habeas Corpus Ad Testificandum* to petitioner, all counsel of record, the United States Attorney for the Western District of Louisiana, the Federal Public Defender for the Western District of Louisiana, J.P. Young, the Warden of the Federal Detention Center in Oakdale, Louisiana, and the United States Marshal for the Western District of Louisiana.

3

**THE UNITED STATES MARSHAL SERVICE IS DIRECTED** to arrange for the transportation of the petitioner to this court as soon as practicable, to produce him before the undersigned on **July 29, 2008 at 9:30 a.m.**, and to maintain custody of the petitioner throughout the evidentiary hearing, up to and including the return of the petitioner to his place of detention following the conclusion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court of the United States District Court make arrangements for the presence of a court reporter at the evidentiary hearing.

Signed at Lafayette, Louisiana, on June 23, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)