
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/27/08

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| ASHOK PANDIT | CIVIL ACTION NO. 08-CV-0029 |
| VS. | JUDGE HAIK |
| J.P. YOUNG (WARDEN, FDC) IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the government's motion to dismiss is **GRANTED** and that the petition is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

Lafayette, Louisiana this 26th day of August, 2008.

RICHARD T. HAIK
UNITED STATES DISTRICT COURT